**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
**FIRST AMENDED**

DEBTOR: Yaquelin Hernandez    JOINT DEBTOR: _____    CASE NO.: 14-38033-LMI
Last Four Digits of SS# 0352    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 460.04 for months 1 to 60 ; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 TOTAL PAID $ 1500 Balance Due $ 2150
                      payable $ 268.75/month (Months 1 to 8)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None _____    Arrearage on Petition Date  $ _____
Address: _____    Arrears Payment    $ _____/month (Months ____ to ____)
                         Regular Payment   $ _____/month (Months ____ to ____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ____ To ____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None _____    Total Due  $ _____
                      Payable    $ _____/month (Months ____ to ____) Regular Payment $ _____

Unsecured Creditors: Pay $ 145.28/month (Months 1 to 8) and Pay $ 414.03 /month (Months 9 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims. Debtor will continue to pay the liens with Ally Financial (xxxx1245) for the 2010 M. Benz E350 and with Space Coast Credit Union (xxxx8721) for the 2012 Hyundai Elantra.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq
Attorney for the Debtor                          Joint Debtor
Date: Feb-12-2015                                    Date: _____

LF-31 (rev. 01/08/10)