**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re

Yaquelin Hernandez
aka Jaquelin Hernandez
aka Yaquelin H Hernandez
aka Juan Hernandez
aka Yaquelin H Hernandez, Sr.
aka Jacqueline Fernandez

CHAPTER      13
CASE NO.      14-38033-LMI

        Debtor(s)
_____/

**NOTICE OF APPEARANCE FOR CREDITOR ON A LIMITED BASIS**
**PERTAINING TO SPECIFIED COLLATERAL AND SPECIFIED LIEN PRIORITY**

        COMES NOW, the firm of Kass Shuler, P.A. and files this Notice of Appearance On A Limited Basis as counsel for the following Creditor:

        WELLS FARGO BANK, N.A.

in regards to the Creditor's claim pertaining to the following identified Collateral and Lien Position:

        Collateral[1]:    17221 NW 82ND AVE

                MIAMI, FL, 33015-3725

        Lien Priority[2]: First Mortgage

        1.        The firm be should be added to the Matrix for this Creditor in regards to the Collateral as:

                WELLS FARGO BANK, N.A.
                c/o Nicole Mariani Noel
                P.O. Box 800
                Tampa, FL 33601

---

        [1] Contact the signer of this Notice of Appearance for the Legal Description of Collateral consisting of Real Property.

        [2] Creditor believes its lien is in the indicated priority; however, the Court has not determined the priority of any liens in this case.

2.      This is not a general Notice of Appearance. The firm only represents the Creditor in regards to the Creditor's claim for the specified lien priority and for the specified collateral described above.  The firm does not represent the Creditor generally in regards to other claims and other lien priorities unless a separate Notice of Appearance is filed and can not accept service of pleadings directed to the Creditor regarding other claims the creditor may have in this case.

3.      This is not a Notice of Appearance regarding entities related to the Creditor. The firm can not accept service of pleadings directed to other corporate entities which may be affiliated with the Creditor in some way as these other entities are separate entities and are in fact different creditors in this case.

### Certification as to Admission to the Southern District Bar

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

I hereby certify that if the above is a matter requiring a hearing rather than negative notice, I have attempted to resolve the disputes involved with opposing parties prior to requesting any hearing on the above Motion.

/s/ Nicole Mariani Noel
Nicole Mariani Noel
Kass Shuler, P.A.
P.O. Box 800
Tampa, FL 33601
Phone: (813) 229-0900 Ext. 1343
Fax:    (813) 229-3323
nmnoel@kasslaw.com
Florida Bar No. 69883

Dated: March 26, 2015

1556792/mlh