

ORDERED in the Southern District of Florida on July 20, 2015.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re: Yaquelin Hernandez                Case No. 14-38033-LMI
                                         Chapter 13

_____Debtor_____/

### ORDER SUSTAINING OBJECTION TO CLAIM OF WELLS FARGO BANK, N.A.

**THIS MATTER** having come to be heard on negative notice, no parties having responded within the required time frame which expired on May 26, 2015, the Court being fully advised on the premises, IT IS;

**ORDERED AND ADJUDGED:**

1. The objection to claim of Wells Fargo Bank, N.A. (claim #4-1) is SUSTAINED.

2. The claim of Wells Fargo Bank, N.A. (claim #4-1) is allowed as filed with no distribution from the Chapter 13 Trustee.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.