# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Yaquelin Hernandez         Case No. 14-38033-LMI
                                  Chapter 13

_____Debtor_____/

## OBJECTION TO CLAIMS #1 & #2

### IMPORTANT NOTICE TO CREDITOR:
### THIS IS AN OBJECTION TO YOUR CLAIM

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned [attorney] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

If your entire claim is objected to and this is a chapter 11 case, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

301 North Miami Avenue, Room 150, Miami, FL 33128

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the [debtor(s)] object(s) to the following claim filed in this case *:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 1-1 | Space Coast Credit Union | $28,263.67 | Creditor, Space Coast Credit Union, on or about February 16, 2015 filed a proof of claim for a vehicle with a secured portion of $22,031.00 and an unsecured portion of $6,232.67. Debtor is under a 100% confirmed plan and Creditor is being paid directly outside the plan. Debtor requests the unsecured portion of the claim be stricken and |

| | | | |
|---|---|---|---|
| 2-1 | Space Coast Credit Union | $14,480.26 | Creditor, Space Coast Credit Union, on or about February 16, 2015 filed a proof of claim for a vehicle with a secured portion of $11,458.00 and an unsecured portion of $3,022.26. Debtor is under a 100% confirmed plan and Creditor is being paid directly outside the plan. Debtor requests the unsecured portion of the claim be stricken and disallowed. |

    **I HEREBY CERTIFY** that a true copy of the foregoing was mailed this 14th day of December, 2015 to:

Space Coast Credit Union
c/o Alexis S. Read, Esq.
25 SW Second Avenue, Suite 730
Miami, FL 33131
Alexis.read@blaxgray.com

Space Coast Credit Union                                   Space Coast Credit Union
c/o Douglas Samuels, CEO                              c/o John J. Kabboord, Jr., R.A.
8045 N. Wickham Rd                                         1980 N. Atlantic Ave, Ste. 801
Melbourne, FL 32940                                          Cocoa Beach, FL 32931

## CERTIFICATE OF ADMISSION

    **I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

    Respectfully Submitted:

    **Robert Sanchez, P.A.**
    Attorney for Debtor
    355 West 49th Street
    Hialeah, FL 33012
    Tel. 305-687-8008
    Fax. 305-512-9701

    By: /s/ Robert Sanchez
       [X]Robert Sanchez, Esq., FBN#0442161