

ORDERED in the Southern District of Florida on March 3, 2016.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Yaquelin Hernandez                Case No. 14-38033-LMI
                                         Chapter 13

_____Debtor(s)_____/

### *AGREED* ORDER SUSTAINING DEBTOR'S OBJECTION
### TO CLAIMS OF SPACE COAST CREDIT UNION

This matter having been considered without hearing upon the Debtor's Objection to Claim[s] of Space Coast Credit Union [DE #__35_], and the objector by submitting this order having represented that the objection was served on the parties listed below, reaching an agreement between the parties, and this court having considered the basis for the objection to the claims,  it is

**ORDERED** that Debtor's objection[s] to the following claim[s] is [are] sustained:

| Claim holder | Claim No. | Disposition |
| --- | --- | --- |
| Space Coast Credit Union | 1 | Stricken and disallowed as claim was fully paid off and there is no further liability on the claim. The debtor retains the right to object to any amended claims filed by Space Coast Credit Union. |
| Space Coast Credit Union | 2 | Allowed as filed with no distribution from the Chapter 13 Trustee as the claim is being paid directly to creditor and treated outside the Plan. The debtor retains the right to object to any amended claims filed by Space Coast Credit Union. |

**###**

**Submitted by:**
**Robert Sanchez, P.A.,**
**355 W 49 ST,**
**Hialeah, FL 33012**
**(305) 687-8008**

Robert Sanchez, P.A shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).