### CHAPTER 13 PLAN (Individual Adjustment of Debts)
### FIRST MODIFIED PLAN

DEBTOR: Yaquelin Hernandez   JOINT DEBTOR: _____   CASE NO.: 14-38033-LMI
Last Four Digits of SS# 0352   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A. $ 394.32  for months 1 to 14; in order to pay the following creditors:
- B. $ 195.38  for months 15 to 60; in order to pay the following creditors:

Administrative:  Attorney's Fee - $ 3650 + $525 (Motion to Modify) = 4175 TOTAL PAID $ 1500
Balance Due $ 2675
payable $ 153.57/month (Months 1 to 14)
payable $ 175.00/month (Months 15 to 17)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None _____   Arrearage on Petition Date $ _____
Address: _____   Arrears Payment $ _____ /month (Months ___ to ___)
_____   Regular Payment $ _____ /month (Months ___ to ___)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ___ To ___ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None _____   Total Due $ _____
Payable $ _____/month (Months ___ to ___) Regular Payment $ _____

Unsecured Creditors: Pay $ 199.54/month (Months 1 to 14); Pay $ 0.84/month (Months 15 to 17); and Pay $ 175.84 /month (Months 18 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims. Debtor will continue to pay the liens with Ally Financial (xxxx1245) for the 2010 M. Benz E350 and with Space Coast Credit Union (xxxx8721) for the 2012 Hyundai Elantra.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Robert Sanchez, Esq   _____
Attorney for the Debtor   Joint Debtor
Date: 3/4/2016   Date: _____
LF-31 (rev. 01/08/10)